No. 60. PENNSYLVANIA RAILROAD CO. *v.* O'ROURKE. C. A. 2d Cir. Certiorari granted. *John Vance Hewitt* for petitioner. *Herbert Zelenko* for respondent.

No. 75. FEDERAL TRADE COMMISSION *v.* MOTION PICTURE ADVERTISING SERVICE CO., INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Charles Rosen* for respondent.

No. 76. HEALY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari granted. *Frank J. Maguire* for petitioners. *Solicitor General Perlman* for respondent.

No. 86. LOCAL UNION No. 10, UNITED ASSOCIATION OF JOURNEYMEN PLUMBERS AND STEAMFITTERS, ET AL. *v.* GRAHAM ET AL., TRADING AS GRAHAM BROTHERS. Supreme Court of Appeals of Virginia. Certiorari granted. *John R. Foley* for petitioners. *Richmond Moore, Jr.* for respondents.

No. 97. NATIONAL LABOR RELATIONS BOARD *v.* DANT ET AL., DOING BUSINESS AS DANT & RUSSELL, LTD. C. A. 9th Cir. Certiorari granted. *Solicitor General Perlman* and *George J. Bott* for petitioner. *R. S. Smethurst* and *John T. Casey* for respondents.

No. 217. NATIONAL LABOR RELATIONS BOARD *v.* SEVEN-UP BOTTLING COMPANY OF MIAMI, INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *George J. Bott* for petitioner. *Albert B. Bernstein* and *Marion A. Prowell* for respondent.